## 836747 CASE DOCKET BOOK

P1   CLINE , ANGEL
P2   CLINE , WILLIAM
D1   BP PRODUCTS NORTH AMERICA INC
D2   BP AMERICA PRODUCTION COMPANY
D3   ATLANTIC RICHFIELD COMPANY
D4   CHEVRON USA INC
D5   UNION OIL COMPANY OF CALIFORNIA
D6   UNION EXPLORATION PARTNERS LTD
D7   UNOCAL CORPOPRATION
D8   PURE OIL COMPANY
D9   PURE OIL OPERATING COMPANY
D10 TEXACO EXPLORATION AND PRODUCTION INC
D11 TEXACO INC
D12 TEXAS COMPANY
D13 TEXACO PRODUCING INC
D14 GULF OIL CORPORATION
D15 GULF OIL EXPLORATION AND PRODUCTION COMPANY
D16 STANDARD OIL COMPANY
D17 STANDARD OIL COMPANY OF CALIFORNIA
D18 MARATHON OIL COMPANY
D19 DEVON ENERGY PRODUCTION COMPANY LP
D20 OXY USA
D21 PLACID OIL COMPANY
D22 OFS INC
D23 BP PRODUCTS NORTH AMERICA INC
D24 AMOCO OIL COMPANY
D25 AMERICAN OIL COMPANY
D26 STANDARD OIL COMPANY INC
D27 STANDARD OIL COMPANY OF CALIFORNIA INC
D28 CHEVRON USA HOLDINGS INC
D29 MARATHON OIL COMPANY
D30 USS HOLDINGS COMPANY
D31 BP AMERICA PRODUCTION COMPANY
D32 AMOCO PRODUCTION COMPANY
D33 PAN AMERICAN PETROLEUM CORPORATION
D34 STANDOLIND OIL AND GAS COMPANY
D35 VASTAR RESOURCES INC
D36 OXY USA INC
D37 PLACID OIL COMPANY
D38 DEVON ENERGY PRODUCTION COMPANY LP
D39 DEVON ENERGY CORPORATION
D40 PENNZENERGY EXPLORATION AND PRODUCTION LLC
D41 DEVON ENERGY OPERATING COMPANY
D42 DEVON ENERGY GAS MARKETING COMPANY
D43 PENNZOIL GAS MARKETING COMPANY
D44 PENNZOIL PRODUCING COMPANY
D45 UNION PRODUCING COMPANY

> **EXHIBIT**
> **1**

## 836747 CASE DOCKET BOOK

D46 PENNZOIL OIL AND GAS INC
D47 PENNZOIL COMPANY
D48 PENNZOIL PRODUCING COMPANY
D49 PENNZOIL UNITED INC
D50 UNITED GAS CORPORATION
D51 PENNZOIL PETROLEUM COMPANY

| DATE | | LIT | DESCRIPTION |
|---|---|---|---|
| 01/13/2023 | 📄 | P1 | **FILE PETITION**:FOR DAMAGES |
| 01/13/2023 | 📄 | P1 | **CIVIL CASE COVER SHEET - LA RS 13:4688**: |
| 01/26/2023 | 📄 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0923-8 **TO:**BP PRODUCTS NORTH AMERICA INC **SERVICE:**PERSONAL 02/06/2023-CT CORPORATION |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0926-1 **TO:**DEVON ENERGY PRODUCTION COMPANY LP **SERVICE:**PERSONAL 02/06/2023-CT CORPORATION |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0925-3 **TO:**MARATHON OIL COMPANY **SERVICE:**PERSONAL 02/06/2023 |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0928-7 **TO:**OXY USA INC **SERVICE:**PERSONAL 02/06/2023 |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0924-6 **TO:**BP AMERICA PRODUCTION COMPANY **SERVICE:**PERSONAL 02/06/2023 |
| 02/10/2023 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230126-0927-9 **TO:**ATLANTIC RICHFIELD COMPANY **SERVICE:**PERSONAL 02/06/2023 |

P1

B35

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 836-747                                                    DIVISION "C"

ANGEL CLINE, individually and on behalf of decedent, WILLIAM CLINE

VERSUS

BP PRODUCTS NORTH AMERICA, INC., BP AMERICA PRODUCTION COMPANY, ATLANTIC RICHFIELD COMPANY, CHEVRON U.S.A., INC., UNION OIL COMPANY OF CALIFORNIA AND/OR UNION EXPLORATION PARTNERS, LTD., UNOCAL CORPORATION, THE PURE OIL COMPANY, THE PURE OIL OPERATING COMPANY, TEXACO EXPLORATION AND PRODUCTION INC., TEXACO INC., THE TEXAS COMPANY, TEXACO PRODUCING, INC. GULF OIL CORPORATION, GULF OIL EXPLORATION AND PRODUCTION COMPANY, STANDARD OIL COMPANY, STANDARD OIL COMPANY OF CALIFORNIA, MARATHON OIL COMPANY, DEVON ENERGY PRODUCTION COMPANY, L.P., OXY U.S.A., PLACID OIL COMPANY, AND OFS, INC.

FILED: _____          _____
                                                     DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW comes plaintiff, Angel Cline, individually and on behalf of decedent, William Cline, who respectfully represents as follows:

**I. PARTIES**

A.    Plaintiff

1.    Plaintiff, Angel Cline, is of the lawful age of majority and is a domiciliary of the Parish of Jefferson, State of Louisiana.

B.    Defendants – There are two classes of defendants herein – Oil Company Defendants and Pipe Cleaning Contractor Defendants.

a.    Oil Company Defendants

i.    BP Products North America, Inc., individually and as successor in interest to Amoco Oil Company and the American Oil Company, a foreign corporation authorized to do and doing business in the State of Louisiana.

ii.    Chevron U.S.A. Inc.; Texaco Exploration and Production Inc.; Texaco Inc.; The Texas Company; Texaco Producing, Inc.; Gulf Oil Corporation; Gulf Oil Exploration and Production Company; Standard

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

Oil Company; Standard Oil Company, Inc.; Standard Oil Company of California; Standard Oil Company of California, Inc.; Chevron U.S.A. Holdings, Inc.; Union Oil Company of California and/or Union Exploration Partners, Ltd.; UNOCAL Corporation; The Pure Oil Company; and The Pure Oil Operating Company,  foreign corporations authorized to do and doing business in the State of Louisiana.

iii.    Marathon Oil Company, individually and as successor in interest to USS Holdings Company, a foreign corporation authorized to do and doing business in the State of Louisiana.

iv.    BP America Production Company, individually and as successor in interest to Amoco Production Company, Pan American Petroleum Corporation, Standolind Oil and Gas Company and Vastar Resources, Inc., a foreign corporation authorized to do and doing business in the State of Louisiana. Atlantic Richfield Company, a foreign corporation licensed to do and doing business in Louisiana, whose registered agent for service of process is C T Corporation System, 3867 Plaza Tower Drive Baton Rouge, LA   70816.

v.    Oxy USA, Inc., individually and as the successor in interest to Placid Oil Company, a foreign corporation, authorized to do and doing business in the state of Louisiana.

vi.    Devon Energy Production Company, L.P., a foreign partnership licensed to do and doing business in the State of Louisiana, individually and as successor in interest to Devon Energy Corporation, Pennzenergy Exploration and Production, L.L.C., Devon Energy Operating Company, Devon Energy Gas Marketing Company, Pennzoil Gas Marketing Company, Pennzoil Producing Company, Union Producing Company, Pennzoil Oil & Gas, Inc., Pennzoil Company, Pennzoil Producing Company, Pennzoil United, Inc., United Gas Corporation, Pennzoil Petroleum Company.

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

b. Pipe Cleaning Contractor Defendants

i. OFS, Inc., a domestic corporation, whose agent for service of process is Douglas M. LaNasa, Jr., 1120 Engineers Road, Belle Chasse, Louisiana 70037.

## II. VENUE

Venue is proper pursuant to La. C.C. art. 74 in Jefferson Parish because a substantial amount of the tortious conduct and resulting damages alleged herein occurred in Jefferson Parish because of plaintiff's work at and around pipe cleaning yards (including the Tuboscope and OFS yards located in Harvey, LA) in Jefferson Parish.

## III. FACTUAL BACKGROUND

1. During the time period 1997-2011, decedent, William Cline, was employed by various companies including Tuboscope.

2. Plaintiff's employment with Tuboscope had him working in various pipe yards including:
   a. Tuboscope, Harvey, LA.
   b. Tuboscope, Houma, LA.
   c. Brown & Root, Belle Chasse, LA
   d. OFS Harvey, LA

3. While working in pipe yards, William Cline's job duties at the aforementioned pipe yards required him to work with or near used pipe that contained Oilfield Generated Radioactivity ("OGR"), which when cleaned through the dry-rattling pipe cleaning processes created hazardous dust in the air that plaintiff breathed in and caused him to develop skin cancer and non-Hodgkin's lymphoma.

4. While employed by Tuboscope, the cleaning process utilized at pipe yards, specifically the aforementioned yards, caused the OGR scale to become pulverized and resulted in various particulate sizes, a substantial amount of which became airborne and remained airborne and spread throughout yards, and more particularly, around the work locations in the pipe yard where William Cline worked.

5. At all pertinent times, the Oil Company Defendants herein, as part of their oil and gas production operations, had used production equipment, including oil field pipe also called tubulars, casing, and other equipment (hereinafter collectively referred to as "used production equipment") cleaned at locations where the pipe cleaning contractors conducted pipe cleaning

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

operations for the Oil Company Defendants.

6.  Said used production equipment contained hazardous, toxic and carcinogenic radioactive materials which is referred herein by plaintiff as OGR ("oilfield generated radioactivity") and has been referred to as "NORM" by the oil industry referring to "naturally occurring radioactive material", that is referred herein as OGR.

7.  OGR is co-produced during oil and gas production at which time it adheres to oil production equipment and, in particular, tubing and casing.

8.  Used production tubing and used production casing are referred to herein collectively as "pipe".

9.  The pipe that the Oil Company Defendants used in their oil and gas production operations became contaminated with OGR scale.

10. As related to the claims alleged herein, the OGR scale bearing pipe of the Oil Company Defendants was transported to the abovementioned pipe yards.

11. At those pipe yards, the OGR scale was cleaned from the pipes by the pipe cleaning contractors and other persons.

12. At no time after removal from the well nor while transported to the pipe yards and during cleaning operations was the scale or the used production equipment which was contaminated with scale ever marked or otherwise identified as radioactive.

13. The Oil Company Defendants' direct employees were often present at the pipe yards observing the cleaning and inspection of the used production equipment.

14. At all relevant times, the Oil Company Defendants had actual knowledge of the presence and dangerous levels of radiation in the OGR scale.

15. The cleaning process utilized by the pipe cleaning contractors caused the OGR scale to become pulverized and which resulted in various particulate sizes, a substantial amount of which became airborne and remained airborne and spread throughout the pipe yard and more particularly, around the work locations in the pipe yards where William Cline worked.

16. At all relevant times, employees of pipe cleaning contractors were present at one or more of these facilities and were engaged in the cleaning of used pipe which caused the exposure of William Cline to unsafe levels of radiation.

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

17. The injurious dose suffered by William Cline resulted from radiation emanating from the scale which accumulated upon the ground and in the air, and from the inhalation and ingestion of the aerosolized dust.

### IV.  DEFENDANTS' LIABILITY

18. The Oil Company Defendants are liable for the following reasons:

    a.  At all relevant times, they knew of the danger presented by OGR but failed to warn William Cline.

    b.  At all relevant times, they knew or should have known that the pipe cleaning contractors were performing work under contracts with the Oil Company Defendants such that this work would cause William Cline to suffer significant and harmful exposures to OGR.

    c.  At all relevant times, they failed to properly supervise the operations of the pipe cleaning contractors and failed to inform William Cline that the scale that was cleaned also contained OGR.

    d.  The Oil Company Defendants failed to properly warn, advise, or otherwise inform the pipe cleaning contractors regarding OGR in violation of their contract/duties owed with the pipe cleaning contractors.

    e.  They failed to test whatsoever and/or failed to properly test their pipe for OGR.

    f.  They failed to properly dispose of the OGR waste or otherwise remove it so it did not present a hazard.

    g.  They failed to place marking identification on the OGR contaminated pipe identifying it as radioactive.

    h.  They failed to place marking identification on the OGR contaminated pipe before transport.

    i.  They failed to properly mark and prevent access to OGR contaminated work areas.

    j.  They acted in a careless and negligent manner without due regard for the safety of William Cline.

    k.  Used production equipment that contains OGR is defective. The cleaning of and proximity to OGR contaminated pipe is the direct and proximate cause of William

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

Cline's injuries, death, and damages. Oil Company Defendants are strictly liable for all damages caused by said OGR, having *garde* of the contaminated pipe and although the pipe may have been temporarily in the control of the pipe cleaning yards, the pipe at all times remained under the custody, control, direction, supervision of the Oil Company Defendants and Oil Company Defendants controlled what cleaning processes were to be administered to Oil Company Defendants' pipes and controlled its movement and storage.

l.  When removed from down-hole, the pipe that the Oil Company Defendants used in their oil and gas production operations were contaminated with OGR scale and at no time was it marked or identified as radioactive. Said pipes were sent to pipe yards for cleaning and inspection so that the pipes may be sent back down-hole for production. Oil Company Defendants are absolutely liable for all damages caused by said OGR, having engaged in an ultra-hazardous activity in that when Oil Company Defendants knew that the used pipe cleaned at the pipe yards contained radioactivity and failed to warn plaintiff's employers; consequently, there was absolutely no way the dry-rattling pipe cleaning operations could be conducted without causing harm to all persons in the pipe yard, including but not limited to, William Cline herein.

m.  The Oil Company Defendants owed a duty to William Cline to conduct operations in a way that could not cause any harm or injury from radiation exposure to William Cline and these defendants breached that duty.

19. The Pipe-cleaning Contractor Defendants are liable unto petitioner for the following reasons:

a.  They failed to conduct safe pipe-cleaning operations at the identified pipe yards so as to prevent the William Cline's exposure to OGR.

b.  They failed to properly contain or dispose of OGR so as to prevent William Cline's exposure to OGR.

c.  They failed to clean up the contamination caused by the pipe-cleaning operations on those properties.

d.  They failed to properly test the pipe or otherwise monitor for radiation discharge or emissions from their pipe-cleaning operations.

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

e.  They failed to warn William Cline of the dangers from the radioactive materials being discharged and emitted from the pipe-cleaning operations.

f.  They are strictly liable for all damages caused by said OGR, having exercised temporal garde, custody, and control over the defective, contaminated pipe.

g.  They are absolutely liable for all damages caused by said OGR, having engaged in an ultra-hazardous activity that involved the dry-rattling/cleaning of radioactive waste and a non-disclosure of the presence of said radiation to William Cline's employer and William Cline. Due to the concealment of radiation's presence by defendants, there was no way the dry-rattling/cleaning could have been done in a safe manner as to prevent adverse health consequences to William Cline.

h.  The Pipe Cleaning Contractor Defendants owed a duty to William Cline to conduct operations at these pipe yards in a way that did not cause any harm or injury to William Cline and the pipe-cleaning contractor breached this duty.

20. William Cline suffered a significant exposure in both duration and intensity to ionizing radiation in the form of OGR contaminated dust.

21. On August 27, 2020, William Cline was diagnosed with pancreatic cancer and on November 3, 2020 Plaintiff passed away.

### V. *CONTRA NON VALENTEM*

22. Plaintiff and each defendant herein signed Tolling Agreements within the one-year prescriptive period in which he had to file suit after plaintiff learned of his cause of action against all defendants herein.

23. To date, those Tolling Agreements have been timely renewed by plaintiff and all defendants herein, which extended prescription from the time plaintiff discovered he had a cause of action against the Oil Company Defendants and the Pipe Cleaning Contractor Defendants to recover for injuries sustained as a result of his exposure to hazardous substances to the time this law suit is being filed.

24.

25. William Cline was prevented from acquiring knowledge of his claims asserted herein due to the concealment of information by Oil Company Defendants set forth in greater detail below:

a. The oil industry and the Oil Company Defendants in particular, have known about the presence of OGR in used oilfield equipment since the early twentieth century.

b. The buildup of highly radioactive material, including pipe scale, was found in Russian oil fields in 1917.

c. By 1953, the Oil Company Defendants were aware that high levels of radioactive material present in their North American petroleum production operations when testing was done by United States Geologic Survey geologists searching for radioactive material for military applications found highly radioactive pipe scale on production pipes and equipment in Kansas oil fields.

d. By the early 1960's at the latest, the Oil Company Defendants were aware that dangerous levels of OGR material were present in their European production streams because of high levels of radiation they had discovered at their gas processing plants.

e. By the early 1970's at the latest, the Oil Company Defendants were aware that dangerous levels of radioactive OGR material were present in their North American production streams because of high levels of radiation they had discovered at their gas processing plants.

f. By the early 1970s, it was found that levels of radioactive material dangerous to humans were present in their Louisiana petroleum production operations when testing revealed high levels of radiation in production equipment in oil fields at White Castle, Louisiana.

g. No later than 1981, the Oil Company Defendants were aware that extremely high levels of radioactive material were present in their offshore production streams when high levels of radiation were found on the Piper Alpha platform in the North Sea.

    i. Defendant Exxon Mobil Corporation in particular was aware of this finding because it was part of a joint venture in the Piper Alpha platform.

h. In May 1985, the Oil Company Defendants were again informed of the presence and danger of OGR scale in their production streams when A.L. Smith presented his paper Radioactive Scale Formation at the Offshore Technology Conference in Houston, Texas, in which conference the Oil Company Defendants were participants and/or attendants.

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

i. In 1986, defendants Chevron USA, Inc. and Chevron USA Holdings, Inc. received additional notification of the presence of dangerous levels of radiation in their production stream when a whistleblower alerted authorities to the presence of high levels of radiation in used production equipment in Mississippi.

j. Information about the presence of dangerous levels of radiation in Mississippi was immediately disseminated to oil companies including the Oil Company Defendants herein.

k. Though all Oil Company Defendants were immediately aware of this finding they did nothing to warn workers such as decedent, William Cline.

l. In 1986 and 1987, the Oil Company Defendants, working through oil industry trade groups including the Mid-Continent Oil & Gas Association and the American Petroleum Institute formed task forces to spread information falsely downplaying the dangers of OGR and to influence government regulators against creating costly NORM regulations.

m. In 1988, the American Petroleum Institute's NORM committee, acting through representatives of the Oil Company Defendants, began a program to measure radiation levels in petroleum production facilities across the United States for the alleged purpose of determining the average radioactivity level of oil field equipment in the United States.

n. In actuality, the data collected in this program was manipulated by an agent of the defendants herein for the purpose of yielding falsely low levels of radioactivity in oil field equipment.

   i. This same agent subsequently submitted this manipulated data to the United States Environmental Protection Agency for use in an agency publication allegedly setting forth information on the average level of specific radioactivity in pipe scale produced in United States oil and gas production operations.

o. These false low results were then utilized by the Oil Company Defendants to prevent the imposition of costly environmental regulations and to prevent persons such as William Cline from becoming aware of their exposures.

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

p.  Because of the aforementioned conduct of the Oil Company Defendants, the presence of OGR and the dangerously high radioactivity levels in OGR were prevented from being found out by government regulators, the public and exposed individuals such as William Cline.

q.  In 2002, Exxon Mobil Corporation, through its attorneys, retained a health physicist to conduct an alleged experiment, the Adams and Reese study, on the potential hazards of OGR contaminated pipe scale which experiment was not properly done in conformity with standard scientific methodology and which erroneously concealed and downplayed the dangers of OGR contaminated pipe scale.

r.  This experiment was subsequently published in a radiation health and safety publication as a scientific study without disclosure of the authors' conflict of interest that they were working for the attorneys for Exxon Mobil Corporation, again resulting in the regulators, the public and exposed individuals such as plaintiff being prevented from knowing of the actual and true dangers associated with exposure to OGR contaminated pipe scale.

s.  The result of the ongoing pattern of concealment and dissemination of false information by the defendants was to prevent plaintiffs from becoming aware of their cause of action until less than one year before this lawsuit was filed.

26. Under no legal theory, nor under the extant facts, can plaintiff be found comparatively negligent.

27. Under no legal theory, nor under the extant facts, can any contributory negligence be assigned to plaintiff.

28. All defendants named herein are jointly, severally and/or solidarily liable unto plaintiff as a result of their respective tortious conduct.

## VI.  PLAINTIFF'S DAMAGES

29. Plaintiff believes William Cline's radiation exposure caused by defendants' conduct was at unsafe levels which caused Decedent to sustain pancreatic cancer. William Cline died on November 3, 2020. Mr. Cline's death was caused by pancreatic cancer, which cancer was caused by his exposure to NORM.  Plaintiff, as the surviving spouse of William Cline, is

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

entitled to compensation for the past damages sustained.

30. Plaintiff is entitled to past and future compensatory damages including but not limited to physical and mental anguish, past medical expenses, mental pain and suffering, loss of companionship, loss of enjoyment of life, loss of income, and loss of wages.

31. Plaintiff asserts no claims arising under the laws of the United States, nor does she assert any cause of action that is created by federal legislation, the United States Constitution or any treaties of the United States.

## VII.  UNKNOWN AMOUNTS

32. The defendants are in a better position to determine which Oil Company Defendant sent how much pipe to which pipe yard where William Cline worked and for Plaintiff to obtain particulars, it would have to come from discovery by Plaintiff to all defendants herein.

WHEREFORE, Plaintiff prays that all defendants be duly cited and served with this Petition for Damages, and that after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiff against all defendants, jointly, severally and/or in *solido* for an amount of compensatory damages found reasonable in the premises; for all costs of these proceedings, together with legal interest on the entire judgment from date of original judicial demand until paid; for all other orders necessary in the premises and for all other general and equitable relief to which plaintiff is entitled and this Honorable Court may deem necessary and fit.

Respectfully submitted;

*/s/ Timothy J. Falcon*

_____
TIMOTHY J. FALCON Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON Bar No. 34539
Email: jarrett@falconlaw.com
JENNIFER L. MARTIN Bar No. 34663
Email: jenni@falconlaw.com
BRENNAN L. FALCON Bar No. 39876
Email: brennan@falconlaw.com
CAMERON J. FALCON Bar No. 39877
Email: cameron@falconlaw.com
**FALCON LAW FIRM**
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714
***Counsel for Plaintiff***

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

**PLEASE SERVE:**

**BP Products North America, Inc.**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

EBR  242.64  CK# 10706

**BP America Production Company**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

**Marathon Oil Company**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**Devon Energy Production Company, L.P.**
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**Atlantic Richfield Company**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

**Oxy USA, Inc., individually and as the successor in interest to Placid Oil Company**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

**PLEASE HOLD SERVICE AT THIS TIME:**

**Chevron U.S.A. Inc., individually and as successor in interest to Texaco Exploration and Production Inc.; Texaco Inc.; The Texas Company; Texaco Producing, Inc.; Gulf Oil Corporation; Gulf Oil Exploration and Production Company; Standard Oil Company; Standard Oil Company, Inc.; Standard Oil Company of California; Standard Oil Company of California, Inc.; Chevron U.S.A. Holdings, Inc.; Union Oil Company of California and/or Union Exploration Partners, Ltd.; UNOCAL Corporation; The Pure Oil Company; and The Pure Oil Operating Company**
Through its agent for service of process:
The Prentice-Hall Corporation System, Inc.
501 Louisiana Avenue
Baton Rouge, LA 70802

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

**OFS, Inc.**
Through its agent for service of process:
Douglas M. La Nasa, Jr.
1120 Engineers Road
Belle Chasse, LA 70037

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

Angela P. Ingraffia

| | |
|---|---|
| **From:** | Kim Foret <kforet@falconlaw.com> |
| **Sent:** | Tuesday, January 17, 2023 1:58 PM |
| **To:** | Angela P. Ingraffia |
| **Cc:** | Tim Falcon |
| **Subject:** | RE: EFile Case: 836747 C |

Angela:

We can confirm receipt of your email below.

Thank you,

*Kim H. Foret*
Paralegal
Falcon Law Firm
5044 Lapalco Boulevard
Marrero, Louisiana   70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714

**From:** Angela P. Ingraffia <aingraffia@jpclerkofcourt.us>
**Sent:** Tuesday, January 17, 2023 1:58 PM
**To:** Kim Foret <kforet@falconlaw.com>; Tim Falcon <tim@falconlaw.com>
**Subject:** EFile Case: 836747 C

Pet4Damages draft33691  Cline 002.pdf e-filed on 1/13/2023 4:35:45 PM.

**\*PLEASE REPLY TO THIS EMAIL AND CONFIRM YOU RECEIVED IT\***

In order to fully process the petition we will need a service check in the amount of $242.64 made payable to the EAST BATON ROUGE SHERIFF.

Thank you,

**Angela P. Ingraffia**
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

RECEIVED VIA MAIL
FOR RECORD 01/25/2023 11:15 AM
Michelle S. Brunet DY CLERK
JEFFERSON PARISH LA



## FALCON LAW FIRM, PLC

recd via mail
1-25-23
HB

**Falcon Law Firm, PLC**
**5044 Lapalco Boulevard**
**Marrero, Louisiana 70072**
**Telephone: 504.341.1234**
**Facsimile: 504.348.7714**
**Toll Free: 833.341.1234**
**www.falconlaw.com**

Timothy J. Falcon
Jeremiah A. Sprague
Jarrett S. Falcon
Jennifer L. Martin
Cameron J. Falcon
Brennan L. Falcon

Writer's Direct Dial: 504.212.1670
Writer's E-Mail   tim@falconlaw.com

January 23, 2023

Ms. Angela P. Ingraffia
Deputy Clerk of Court
Civil New Suits
24th Judicial District Court
200 Derbigny Street, Suite 2400
Gretna, Louisiana  70053

RE:   Angel Cline, et al v.
        BP Products North America, Inc., et al
        24th JDC No.:  836747, Division "C"

Dear Ms. Ingraffia:

Enclosed is our firm check number 10706 in the amount of $242.64 made payable to the East Baton Parish Sheriff.  In the captioned litigation, please have service effected as requested.

Please contact me if there are any concerns or questions.  Thank you for your assistance in this matter.

Sincerely,

Kim H. Foret
Paralegal to Timothy J. Falcon

:khf
Enclosures

**LOUISIANA CIVIL CASE REPORTING**
**Civil Case Cover Sheet - LA. R.S. 13:4688 and**
**Part G, §13, Louisiana Supreme Court General Administrative Rules**

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

ANGEL CLINE                **vs.**   BP PRODUCTS NORTH AMERICA, INC.

**Court:** 24th Judicial District          **Docket Number:** 836747

**Parish of Filing:** Jefferson          **Filing Date:** 01/13/2023

**Name of Lead Petitioner's Attorney:** TIMOTHY J FALCON

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1          **Number of named defendants:** 21

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| ☐ Auto: Personal Injury | ☐ Auto: Property Damage |
| ☐ Auto: Wrongful Death | ☐ Auto: Uninsured Motorist |
| ☐ Asbestos: Property Damage | ☐ Asbestos: Personal Injury/Death |
| ☐ Product Liability | ☐ Premise Liability |
| ☐ Intentional Bodily Injury | ☐ Intentional Property Damage |
| ☐ Intentional Wrongful Death | ☐ Unfair Business Practice |
| ☐ Business Tort | ☐ Fraud |
| ☐ Defamation | ☐ Professional Negligence |
| ☐ Environmental Tort | ☐ Medical Malpractice |
| ☐ Intellectual Property | ☒ Toxic Tort |
| ☐ Legal Malpractice | ☐ Other Tort (describe below) |
| ☐ Other Professional Malpractice | ☐ Redhibition |
| ☐ Maritime | ☐ Class action (nature of case) |
| ☐ Wrongful Death | _____ |
| ☐ General Negligence | ☐ Hurricane Case |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**



Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Timothy J Falcon          Signature /s/ TIMOTHY J FALCON

Address 5044 Lapalco Boulevard

Phone number: 5043411234          E-mail address: TIM@FALCONLAW.COM

24th E-Filed: 01/13/2023 16:35 Case: 836747 Div:C Atty:016909 TIMOTHY J FALCON

(101) CITATION: PETITION FOR DAMAGES;                    230126-0923-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
  versus                                          Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA          P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To:  BP PRODUCTS NORTH AMERICA INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                              #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

                              /s/ Donna G. Muscarello
                              Donna G. Muscarello, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0923-8

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal            ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address       ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                    230126-0924-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
  versus                                          Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA      P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: BP AMERICA PRODUCTION COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                          #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0924-6

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal            ___ Domicilary _____

Unable to serve:
  _____ Not at this address    ___ Numerous attempts _____ times
  _____ Vacant              ___ Received too late to serve
  _____ Moved               ___ No longer works at this address
  _____ No such address       ___ Need apartment / building number
  _____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                    230126-0925-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
   versus                                    Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA    P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: MARATHON OIL COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                        #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of Court on the 26th day of January, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0925-3

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ____ Not at this address    ___ Numerous attempts _____ times
   ____ Vacant                ___ Received too late to serve
   ____ Moved                 ___ No longer works at this address
   ____ No such address       ___ Need apartment / building number
   ____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                   Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                    230126-0926-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
  versus                                          Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA     P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: DEVON ENERGY PRODUCTION COMPANY LP
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                          #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

———————————————SERVICE INFORMATION———————————————

(101) CITATION: PETITION FOR DAMAGES;                    230126-0926-1

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal              ___ Domicilary _____

Unable to serve:
_____ Not at this address    ___ Numerous attempts _____ times
_____ Vacant                 ___ Received too late to serve
_____ Moved                  ___ No longer works at this address
_____ No such address        ___ Need apartment / building number
_____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
              Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                              230126-0927-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
   versus                                          Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA          P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: ATLANTIC RICHFIELD COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                              #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of Court on the 26th day of January, 2023.

                    /s/ Donna G. Muscarello
                    Donna G. Muscarello, Deputy Clerk of Court for
                    Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                              230126-0927-9

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal              ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                    230126-0928-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
  versus                                          Case: 836-747   Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA     P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

  To:  OXY USA INC
INDIVIDUALLY AND AS THE SUCCESSOR IN
INTEREST TO PLACID OIL COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS     #10706 $242.64 EBR
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA  70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0928-7

Received:_____     Served:_____     Returned:_____

Service was made:
  ___ Personal          ___ Domicilary _____

Unable to serve:
  ___ Not at this address     ___ Numerous attempts _____ times
  ___ Vacant                 ___ Received too late to serve
  ___ Moved                  ___ No longer works at this address
  ___ No such address        ___ Need apartment / building number
  ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

Imaged 01/26/2023 10:09 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                          230126-0923-8

FILED FOR RECORD 02/10/2023 11:22:01
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

ANGEL CLINE, WILLIAM CLINE                    Case: 836-747    Div: "C"
    versus
BP PRODUCTS NORTH AMERICA INC, BP AMERICA     P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: BP PRODUCTS NORTH AMERICA INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                         #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

                   /s/ Donna G. Muscarello
                   Donna G. Muscarello, Deputy Clerk of Court for
                   Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                          230126-0923-8

Received:_____    Served:_____    Returned:_____

Service was made:
    ____ Personal          ____ Domiciliary _____     I made service on the named party through the
                                                                     CT Corporation
Unable to serve:
  ____ Not at this address    ____ Numerous attempts _____ times     FEB 0 6 2023
  ____ Vacant                ____ Received too late to serve
  ____ Moved                 ____ No longer works at this address    by tendering a copy of this document to
  ____ No such address       ____ Need apartment / building number   Ashley Minvielle
  ____ Other _____

Service: $_____    Mileage: $_____    Total: $_____     DY. M. LOCKWOOD #0803
Completed by:_____ #_____             Deputy Sheriff, Parish of East Baton Rouge, Louisiana
              Deputy Sheriff
Parish of: _____

RECEIVED

FEB 0 3 2023

E.B.R. SHERIFF'S OFFICE

[SERVICE COPY / (RETURN COPY)]

FILED FOR RECORD 02/10/2023 11:24:36
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

(101)  CITATION: PETITION FOR DAMAGES;                    230126-0926-1

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
     versus                                   Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA        P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: DEVON ENERGY PRODUCTION COMPANY LP
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                            #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101)  CITATION: PETITION FOR DAMAGES;                    230126-0926-1

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal              ___ Domiciliary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts _____ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
               Deputy Sheriff

Parish of: _____

I made service on the named party through the
CT Corporation

FEB 06 2023

by tendering a copy of this document to
Ashley Matisie

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

FEB 03 2023

E.B.R. SHERIFF'S OFFICE

[SERVICE COPY] [CITATION COPY]

(101) CITATION: PETITION FOR DAMAGES;                    230126-0925-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

FILED FOR RECORD 02/10/2023 11:21:34
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

ANGEL CLINE, WILLIAM CLINE
versus                                          Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA        P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: MARATHON OIL COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                            #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

                              /s/ Donna G. Muscarello
                              Donna G. Muscarello, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0925-3

Received:_____  Served:_____  Returned:_____

Service was made:
____ Personal        ____ Domiciliary _____        Made service on the named party through the

Unable to serve:                                         CT Corporation
____ Not at this address   ____ Numerous attempts _____ times
____ Vacant               ____ Received too late to serve       FEB 06 2023
____ Moved                ____ No longer works at this address
____ No such address      ____ Need apartment / building number  By tendering a copy of this document to
____ Other _____               Ashley Minvelle

Service: $_____  Mileage: $_____  Total: $_____   DY. M. LOCKWOOD #0803
Completed by:_____  #_____   Deputy Sheriff, Parish of East Baton Rouge, Louisiana
                    Deputy Sheriff
Parish of:_____

                                                         RECEIVED

                                                         FEB 03 2023

                                                         E.B.R. SHERIFF'S OFFICE

FILED FOR RECORD 02/10/2023 11:22:29
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;                    230126-0928-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
         versus                                   Case: 836-747    Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA          P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: OXY USA INC
INDIVIDUALLY AND AS THE SUCCESSOR IN
INTEREST TO PLACID OIL COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS          #10706 $242.64 EBR
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

                              /s/ Donna G. Muscarello
                              Donna G. Muscarello, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0928-7

Received:_____    Served:_____    Returned:_____

Service was made:
___ Personal                ___ Domiciliary _____    I made service on the named party through the:

                                                          CT Corporation
Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                  ___ Received too late to serve    FEB 0 6 2023
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number    by tendering a copy of this document to
___ Other _____                                      Ashley Minvielle

Service: $_____    Mileage: $_____    Total: $_____    DY. M. LOCKWOOD #0803
Completed by:_____    #_____    Deputy Sheriff, Parish of East Baton Rouge, Louisiana
               Deputy Sheriff
Parish of: _____

RECEIVED

FEB 0 3 2023

E.B.R. SHERIFF'S OFFICE

[SERVICE COPY ] / [RETURN CO...]

FILED FOR RECORD 02/10/2023 13:11:13
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;                    230126-0924-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
     versus                                    Case: 836-747   Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA            P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To: BP AMERICA PRODUCTION COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                                #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of
Court on the 26th day of January, 2023.

                  /s/ Donna G. Muscarello
                  Donna G. Muscarello, Deputy Clerk of Court for
                  Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    230126-0924-6

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   # _____
            Deputy Sheriff
Parish of: _____

I made service on the named party through the .

CT Corporation

FEB 0 6 2023

by tendering a copy of this document to
Ashley Minvielle

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

FEB 0 3 2023

E.B.R. SHERIFF'S OFFICE

[ SERVICE COPY ]   ( RETURN COPY )

FILED FOR RECORD 02/10/2023 13:11:56
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101)  CITATION: PETITION FOR DAMAGES;                    230126-0927-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ANGEL CLINE, WILLIAM CLINE
     versus                                    Case: 836-747     Div: "C"
BP PRODUCTS NORTH AMERICA INC, BP AMERICA     P 1 ANGEL CLINE
PRODUCTION COMPANY, ET ALS

To:  ATLANTIC RICHFIELD COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM                         #10706 $242.64 EBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service hereof, under penalty of default.**

This service was requested by attorney TIMOTHY J. FALCON and was issued by the Clerk of Court on the 26th day of January, 2023.

                /s/ Donna G. Muscarello
                Donna G. Muscarello, Deputy Clerk of Court for
                Jon A. Gegenheimer, Clerk of Court

## SERVICE INFORMATION

(101)  CITATION: PETITION FOR DAMAGES;                    230126-0927-9

Received:_____   Served:_____   Returned:_____

Service was made:
  ___ Personal          ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address       ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
            Deputy Sheriff
Parish of: _____

Made service on the named party through the
CT Corporation

FEB 0 6 2023

by tendering a copy of this document to
Ashley Minvielle

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

FEB 0 3 2023

E.B.R. SHERIFF'S OFFICE